| | |
|---|---|
| LAURIE AUBREY and LAWRENCE AUBREY,<br><br>*Plaintiffs*,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC,<br><br>*Defendant*. | CIVIL ACTION NO: 3:13-cv-11165-KPN |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this action be dismissed against Defendant Specialized Loan Servicing, LLC with prejudice and without costs or attorneys' fees to any party and all rights to appeal waived.

| | |
|---|---|
| Respectfully submitted,<br>LAURIE AUBREY and LAWRENCE AUBREY<br>By their Attorneys, | Respectfully submitted,<br>SPECIALIZED LOAN SERVICING, LLC<br>By Its Attorneys, |
| */s/ Jon Burke*<br>Jon Burke, Esq., BBO #673472<br>405 Main Street<br>Worcester, MA 01608<br>Tel: 508-752-5918/ Fax: 508-752-5918<br>Email: jburke@cla-ma.org | */s/ Vanessa V. Pisano*<br>Justin M. Fabella, BBO #654859<br>Vanessa V. Pisano, BBO #679649<br>HINSHAW & CULBERTSON LLP<br>28 State Street, 24th Floor<br>Boston, MA 02109<br>Tel: 617-213-7000/ Fax: 617-213-7001<br>Email: jfabella@hinshawlaw.com<br>         vpisano@hinshawlaw.com |

## **CERTIFICATE OF SERVICE**

      I, Vanessa v. Pisano, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 10, 2014.

                                          */s/ Vanessa v. Pisano*
                                          Vanessa v. Pisano

34433306v1 0952341